

**NUMBER 13-13-00672-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SAM SENDEJO,                                                        Appellant,

v.

THE STATE OF TEXAS,                                                Appellee.

### On appeal from the 105th District Court
### of Kleberg County, Texas.

# ORDER

### Before Justices Rodriguez, Garza, and Perkes
### Order Per Curiam

This cause is before the Court on appellant's unopposed motion to order supplementation of the clerk's record. The clerk's record in this cause was filed on December 6, 2013. Appellant has advised this Court that he timely requested in his written designation for inclusion in the clerk's record a copy of the exhibits admitted into

evidence. The clerk's record is missing the judicial confession and the Texas Department of Public Safety Controlled Substance and Analysis Laboratory Report dated August 16, 2012.

When a relevant item has been omitted from the clerk's record, the appellate court may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplemental clerk's record containing the omitted item or items. *See* TEX. R. APP. P. 34.5(c)(1). Accordingly, appellant's motion to order supplementation of the clerk's record is GRANTED.

The trial court clerk of the 105th District Court of Kleberg County is directed to prepare a supplemental appellate record in this case to include the judicial confession and the Texas Department of Public Safety Controlled Substance and Analysis Laboratory Report dated August 16, 2012. The supplemental record shall be filed with this Court within 10 days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
3rd day of March, 2014.

2